UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **WILLIAM APODACA-FISK**, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | EP-19-CV-00259-DCG |
| **GREG ALLEN,** *in his official capacity as Chief of the El Paso Police Department* **and JOHN DOE**, *an El Paso Police Department Officer in his individual capacity*, | § § § § § § | |
| *Defendants*. | § § | |

### ORDER TO SHOW CAUSE

On this day, the Court *sua sponte* considered the above-captioned cause. Pursuant to the Court's "Scheduling Order" (ECF No. 11), filed on February 24, 2020, "[a] report in compliance with Local Rule CV-88(b) shall be filed with the Court." ECF No. 11 at 1. To date, however, the parties have failed to file this report within the deadline set by the Court.

Accordingly, **IT IS HEREBY ORDERED** that the parties **SHALL SHOW CAUSE <u>in writing</u>**, by **Monday**, **April 6, 2020**, as to why they failed to file a report in compliance with Local Rule CV-88(b).

**IT IS FURTHER ORDERED** that the parties shall **FILE** by **Monday**, **April 6, 2020,** a report in compliance with Local CV-88(b).

**THE COURT CAUTIONS THAT FURTHER FAILURE COMPLY WITH THE COURT'S ORDERS, INCLUDING THIS ONE, MAY RESULT IN SANCTIONS.**

So ORDERED and SIGNED this 30th day of March 2020.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE