UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | § | |
|---|---|---|
| **HON. DAVID C. GUADERRAMA** | § | **ALL CIVIL CASES PENDING** |
| | § | **AS OF AUGUST 20, 2020** |
| | § | |

**OMNIBUS ORDER VACATING**
**SEPTEMBER 2020 DOCKET CALLS IN CIVIL CASES**

This Order applies to all civil cases that are currently pending before the undersigned

judge and set for docket call on **September 2, 2020**, pursuant to the Scheduling Orders entered

therein, which provide as follows:

> This case is **SET** for a **DOCKET CALL** on a **RECURRING BASIS** at
> **10:00 am on the first Wednesday of March, June, September, and**
> **December** of each calendar year—until (a) the case is settled or otherwise
> resolved, and the parties filed appropriate notice consistent with the order
> provided below or (b) trial. The parties need not attend the first docket call, if
> it falls within **60 days** of the date of this Order [*i.e.*, Scheduling Order].

In view of Chief Judge Orlando L. Garcia's "Order[s] Regarding Court Operations Under the

Exigent Circumstances Created by the COVID-19 Pandemic"[1],

  **IT IS ORDERED** that the **DOCKET CALLS** set for **September 2, 2020**, in the **civil**

cases to which this Order applies, are **VACATED**. This Order **DOES NOT AFFECT** the

docket calls set for December 2020 and thereafter.

  So **ORDERED** and **SIGNED** this 20th day of August 2020.

DAVID C. GUADERRAMA
**UNITED STATES DISTRICT JUDGE**

---

  [1]These orders are available online at: https://www.txwd.uscourts.gov/coronavirus-covid-19-
guidance/.