# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **HON. DAVID C. GUADERRAMA** | § § § § | **ALL CIVIL CASES PENDING AS OF NOVEMBER 18, 2020** |

## OMNIBUS ORDER VACATING
## DECEMBER 2020 DOCKET CALLS IN CIVIL CASES

This Order applies to all civil cases that are currently pending before the undersigned judge and set for docket call on **December 2, 2020**, pursuant to the Scheduling Orders entered therein, which provide as follows:

> This case is **SET** for a **DOCKET CALL** on a **RECURRING BASIS at 10:00 am on the first Wednesday of March, June, September, and December** of each calendar year—until (a) the case is settled or otherwise resolved, and the parties filed appropriate notice consistent with the order provided below or (b) trial. The parties need not attend the first docket call, if it falls within **60 days** of the date of this Order [*i.e.*, Scheduling Order].

In view of Chief Judge Orlando L. Garcia's "Order[s] Regarding Court Operations Under the Exigent Circumstances Created by the COVID-19 Pandemic"[1],

**IT IS ORDERED** that the **DOCKET CALLS** set for **December 2, 2020**, in the **civil** cases to which this Order applies, are **VACATED**. This Order **DOES NOT AFFECT** the docket calls set for March 2021 and thereafter.

So ORDERED and SIGNED this 18th day of November 2020.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

---

[1] These orders are available online at: https://www.txwd.uscourts.gov/coronavirus-covid-19-guidance/.